IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACK H. STEWART,
      Plaintiff,

vs.                                 3:05cv101/MCR/MD

LARRY CASKEY, et al.
      Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint and motion for leave to proceed *in forma pauperis* on March 18, 2005 (doc. 1 & 2). This court granted plaintiff's motion for leave to so proceed (doc. 4), but the copy of the order sent to the plaintiff was returned as undeliverable because plaintiff had been released. Plaintiff has not filed a notice of change of address with the court, and the court has unsuccessfully attempted to ascertain his whereabouts using the Department of Corrections Offender Information Network.[1]

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 16th day of May, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] http://www.dc.state.fl.us/appcommon/searchall.asp.

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 5:02cv391/RH/MD*